UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:19-CV-00247 JAM-DB<br><br><br><br>**RELATED CASE ORDER** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BAYLISS and RONALD ROACH,<br><br>　　　　　Defendants. | Case No. 2:19-CV-02140 MCE-AC |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. KARMANN,<br><br>　　　　　Defendant. | Case No. 2:19-CV-02531 MCE-CKD |

1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, ET AL.,<br><br>                Defendants. | Case No. 2:19-CV-00485 JAM-DB |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>                Defendants. | Case No. 2:19-CV-00636 JAM-DB |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RONALD J. ROACH and JOSEPH W. BAYLISS,<br><br>                Defendants. | Case No.: 2:19-CR-00182 JAM |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT A. KARMANN,<br><br>                Defendant. | Case No.: 2:19-CR-00222 JAM |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under
2    Local Rule 123 merely has the result that these actions are
3    assigned to the same judge and magistrate judge; no consolidation
4    of the actions is effected.  Under the regular practice of this
5    court, related cases are generally assigned to the judge and
6    magistrate judge to whom the first filed action was assigned.
7        IT IS THEREFORE ORDERED that the actions denominated
8    2:19-CV-02140 MCE-AC and 2:19-CV-02531 MCE-CKD be reassigned to
9    Judge John A. Mendez and Magistrate Judge Deborah Barnes for all
10   further proceedings, and any dates currently set in this reassigned
11   case only are hereby VACATED.  Henceforth, the caption on documents
12   filed in the reassigned cases shall be shown as 2:19-CV-02140 JAM-
13   DB and 2:19-cv-02531 JAM-DB.
14       IT IS FURTHER ORDERED that the Clerk of the Court make
15   appropriate adjustment in the assignment of criminal cases to
16   compensate for this reassignment.
17       IT IS SO ORDERED.
18   Dated:  December 18, 2019

                                    /s/ John A. Mendez_____
                                    United States District Court Judge