IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:19-cr-00222-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| ROBERT A. KARMANN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to the financial inability to employ counsel or has otherwise satisfied this Court as to the financial inability to obtain counsel and wishes counsel be appointed regarding a sentence reduction motion as authorized by Amendment 821 of the Sentencing Guidelines Manual and pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10.  The Federal Defender has discovered a conflict. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend. VI, and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Erin Radekin is appointed to represent the above defendant in this case effective *nunc pro tunc* to December 2, 2024, substituting the Federal Defenders Office appointed per G.O. 670.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**December 5, 2024**__

  *[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-